In re Bryant, Alvin N.; Wales, Pamela; Marston, Johnny C.; Miller, Roxanne M.; Tate, James L.; Bounds, Gertrude L.; Ra-balais, Everett P.; Carter, Steven L.; Bowers, Myrtis M.; Levert, August; Legier, Delores; Green, Donald B.; Gardner, Elizabeth Scott; Smith, Stacy A.; Braud, Terry Lynn; Jones, Wesley III; Rice, Candy S.; Barker, Virginia R.B.; — Plaintiff(s); applying for writ of certiorari and/or review; to the Court of Appeal, First Circuit, Nos. CA92 0898, CA92 0899; Parish of East Baton Rouge, 19th Judicial District Court, Div. “G”, Nos. 346,439, 357,312.
Denied.
CALOGERO, C.J., and DENNIS and ORTIQUE, JJ., would grant the writ.
WATSON, J., not on panel.